B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wish I LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-3549022** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1111 N. Hoyne Ave.**<br>**Chicago, IL**<br>ZIP Code **60642** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **1166-1174 North Milwaukee Avenue and 1850 North Humboldt Boulevard**<br>**Chicago, IL 60642** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wish I LLC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location<br>Where Filed: **Northern District of Illinois** | Case Number:<br>**09-40340** | | Date Filed:<br>**10/27/09** |
| Location<br>Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br>**David Ernest Wish** | Case Number:<br>**09-13623** | | Date Filed:<br>**4/16/09** |
| District:<br>**Northern District of Illinois** | Relationship:<br>**Managing Member** | | Judge:<br>**Sonderby** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Wish I LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X_____
Signature of Attorney for Debtor(s)

Bryan E. Minier ARDC No. 6275534
Printed Name of Attorney for Debtor(s)

SmithAmundsen LLC
Firm Name

150 North Michigan Avenue
Suite 3300
Chicago, IL 60601-7524
Address

312.894.3200  Fax: 312.894.3210
Telephone Number

March 25, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

David E. Wish
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

March 25, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Wish I LLC                                                                     Case No. _____

Debtor(s)                                                                                    Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| C & G Paints<br>1101 North Ashland Avenue<br>Chicago, IL 60622 | C & G Paints<br>1101 North Ashland Avenue<br>Chicago, IL 60622 | | | Unknown |
| Chicago Apartment Finders<br>Suite 233<br>1000 West Diversey Street<br>Chicago, IL 60614 | Chicago Apartment Finders<br>Suite 233<br>1000 West Diversey Street<br>Chicago, IL 60614 | | | Unknown |
| Chicago Backflow<br>12607 South Laramie Avenue<br>Alsip, IL 60803 | Chicago Backflow<br>12607 South Laramie Avenue<br>Alsip, IL 60803 | | | Unknown |
| City of Chicago Department of Water<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | City of Chicago Department of Water<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | | | Unknown |
| ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0002 | ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0002 | | | Unknown |
| Dan Gudice<br>201 North Church Street<br>Bensenville, IL 60106 | Dan Gudice<br>201 North Church Street<br>Bensenville, IL 60106 | | | Unknown |
| Dependable Fire Equipment<br>60 North Lebaron Street<br>Waukegan, IL 60085 | Dependable Fire Equipment<br>60 North Lebaron Street<br>Waukegan, IL 60085 | | | Unknown |
| Groot Industries, Inc.<br>P.O. Box 92317<br>Elk Grove Village, IL 60009-2317 | Groot Industries, Inc.<br>P.O. Box 92317<br>Elk Grove Village, IL 60009-2317 | | | Unknown |
| Illinois Department of Revenue<br>P.O. Box 19043<br>Springfield, IL 62794-9043 | Illinois Department of Revenue<br>P.O. Box 19043<br>Springfield, IL 62794-9043 | | | Unknown |
| Internal Revenue Service<br>P.O. Box 802503<br>Cincinnati, OH 45280 | Internal Revenue Service<br>P.O. Box 802503<br>Cincinnati, OH 45280 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  Wish I LLC
            Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kare & Associates<br>Suite 1710<br>100 North LaSalle Street<br>Chicago, IL 60602 | Kare & Associates<br>Suite 1710<br>100 North LaSalle Street<br>Chicago, IL 60602 | | | Unknown |
| L.S. Carpet<br>4701 North Milwaukee Avenue<br>Chicago, IL 60630 | L.S. Carpet<br>4701 North Milwaukee Avenue<br>Chicago, IL 60630 | | | Unknown |
| Ostrow Reisin Berk & Abrams, Ltd.<br>Suite 2600<br>455 North City Front Plaza Drive<br>Chicago, IL 60611-5379 | Ostrow Reisin Berk & Abrams, Ltd.<br>Suite 2600<br>455 North City Front Plaza Drive<br>Chicago, IL 60611-5379 | | | Unknown |
| Otis Elevator<br>P.O. Box 73579<br>Chicago, IL 60673-7579 | Otis Elevator<br>P.O. Box 73579<br>Chicago, IL 60673-7579 | | | Unknown |
| Peoples Gas<br>130 East Randolph Drive<br>Chicago, IL 60601 | Peoples Gas<br>130 East Randolph Drive<br>Chicago, IL 60601 | | | Unknown |
| Sanford Kahn<br>Suite 2025<br>180 North LaSalle Street<br>Chicago, IL 60601 | Sanford Kahn<br>Suite 2025<br>180 North LaSalle Street<br>Chicago, IL 60601 | | | Unknown |
| Steven Bashaw, Esq.<br>1500 Eisenhower Lane<br>Lisle, IL 60532 | Steven Bashaw, Esq.<br>1500 Eisenhower Lane<br>Lisle, IL 60532 | | | Unknown |
| Ted's Appliances<br>7512 West Winnemac<br>Harwood Heights, IL 60706 | Ted's Appliances<br>7512 West Winnemac<br>Harwood Heights, IL 60706 | | | Unknown |
| TGC Partners<br>11 East Adams Street<br>Chicago, IL 60603 | TGC Partners<br>11 East Adams Street<br>Chicago, IL 60603 | | | Unknown |
| Waste Co.<br>P.O. Box 10829<br>Chicago, IL 60610 | Waste Co.<br>P.O. Box 10829<br>Chicago, IL 60610 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.
In re  **Wish 1 LLC**
_____
            Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 25, 2010**            Signature  _/s/ David E. Wish_
                                               David E. Wish
                                               Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Wish I LLC**
_____
                Debtor(s)

Case No. _____
Chapter  __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____21_____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 25, 2010**

_____
David E. Wish/Managing Member
Signer/Title

C & G Paints
1101 North Ashland Avenue
Chicago, IL 60622


Chicago Apartment Finders
Suite 233
1000 West Diversey Street
Chicago, IL 60614


Chicago Backflow
12607 South Laramie Avenue
Alsip, IL 60803


City of Chicago Department of Water
P.O. Box 6330
Chicago, IL 60680-6330


ComEd
Bill Payment Center
Chicago, IL 60668-0002


Dan Gudice
201 North Church Street
Bensenville, IL 60106


Dependable Fire Equipment
60 North Lebaron Street
Waukegan, IL 60085


Fifth Third Bank
c/o David P. Vallas/Wildman Harrold
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606


Groot Industries, Inc.
P.O. Box 92317
Elk Grove Village, IL 60009-2317


Illinois Department of Revenue
P.O. Box 19043
Springfield, IL 62794-9043


Internal Revenue Service
P.O. Box 802503
Cincinnati, OH 45280

```
Kare & Associates
Suite 1710
100 North LaSalle Street
Chicago, IL 60602


L.S. Carpet
4701 North Milwaukee Avenue
Chicago, IL 60630


Ostrow Reisin Berk & Abrams, Ltd.
Suite 2600
455 North City Front Plaza Drive
Chicago, IL 60611-5379


Otis Elevator
P.O. Box 73579
Chicago, IL 60673-7579


Peoples Gas
130 East Randolph Drive
Chicago, IL 60601


Sanford Kahn
Suite 2025
180 North LaSalle Street
Chicago, IL 60601


Steven Bashaw, Esq.
1500 Eisenhower Lane
Lisle, IL 60532


Ted's Appliances
7512 West Winnemac
Harwood Heights, IL 60706


TGC Partners
11 East Adams Street
Chicago, IL 60603


Waste Co.
P.O. Box 10829
Chicago, IL 60610
```